■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LOU QUATTLEBAUM, Appellant. [874 NYS2d 184]—Appeal by the defendant from a judgment of the Supreme Court, Kings County (McKay, J.), rendered March 16, 2007, convicting him of criminal possession of a weapon in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

During jury selection, the defendant objected, pursuant to *Batson v Kentucky* (476 US 79 [1986]), to the prosecution's exercise of two peremptory challenges. The defendant contends that the court erred in allowing one of those challenges. The prosecution satisfied its obligation to provide facially race-neutral reasons for rejecting the juror (*see People v Payne*, 88 NY2d 172, 181 [1996]; *People v Allen*, 86 NY2d 101, 109-110 [1995]). Thereafter, the burden shifted to the defendant to demonstrate that the People's explanation was pretextual (*see People v Allen*, 86 NY2d at 111; *People v McCargo*, 226 AD2d 480, 481 [1996]).

The defendant did not demonstrate that the race-neutral reasons proffered by the prosecutor were pretextual, but rather,

simply reiterated that the number of black venirepersons challenged was sufficient to establish a prima facie case of purposeful discrimination. Accordingly, the defendant failed to meet his burden (*see People v Bolton*, 239 AD2d 511 [1997]).

The defendant's remaining contentions are without merit. Spolzino, J.P., Santucci, Leventhal and Chambers, JJ., concur.